UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| WOLFRAM RESEARCH, INC.,<br><br>             v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al., | Case No. 20-02260 |

### NOTICE OF VOLUNTARY DISMISSAL

The attorneys for the Plaintiff and Defendant met pursuant to Rule 26(f) on November 2, 2020. After that meeting, Plaintiff Wolfram Research, Inc. received notification from the Defendant United States Citizenship and Immigration Services that the H-1B Petition for the employee was reopened and approved on November 5, 2020. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), this action is voluntarily dismissed, without prejudice, by the Plaintiff, Wolfram Research, Inc. in its entirety.

Respectfully submitted,

Dated: November 11, 2020

Wolfram Research, Inc.

By:/s/ Diana C. Bauerle

Diana C. Bauerle (Reg. #6271926)
Senior Counsel, Wolfram Research, Inc.
100 Trade Center Drive Champaign, IL 61820
Telephone: (217) 398-0700 ext. 5433
Mobile: (703) 517-2231
Facsimile: (217) 398-0747
diana@wolfram.com
Attorney for Plaintiff